**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT GARCIA NANDIN, | ) | Case No. CV 11-3821-DOC (SP) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that the individual defendants' Motion to

1  Dismiss is granted, thereby dismissing without prejudice from the case: (a) all of the
2  defendants except the United States of America, and (b) claims two, three, four, and
3  five.  Additionally, it is ordered that defendants' Motion to Strike is denied.
4      Defendant United States of America is ordered to answer the remaining claim
5  in the First Amended Complaint within fourteen days of this Order.

7  DATED:   May 2, 2013

8                                          */s/ David O. Carter*
                                  HONORABLE DAVID O. CARTER
9                                    UNITED STATES DISTRICT JUDGE