UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3821-DOC (SP) | Date | November 6, 2013 |
|---|---|---|---|
| Title | ROBERT GARCIA NANDIN v. UNITED STATES OF AMERICA | | |


| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed**

Under paragraph nine of the court's May 21, 2013 Case Management and Scheduling Order, each party, either individually or jointly, was required to file a status report no later than October 18, 2013. Defendant filed a status report on October 21, 2013. But over two weeks have passed beyond the deadline, and plaintiff has failed to file such a status report. Nor has plaintiff made any other communication with the court. Plaintiff is therefore in violation of the court's order. As such, plaintiff is ordered to submit the ordered status report and to show cause why sanctions should not be imposed for failure to comply with the court order by ***November 20, 2013***.

As provided in the court's May 21, 2013 case management order, plaintiff's status report – which must now be filed by **November 20, 2013** – must comply with the following guidelines:

The status report shall contain the following information: (a) a summary of the proceedings to date and a statement of the principal issue(s) raised by the case; (b) a statement as to whether all parties have been served, and if not, a proposed deadline by which service will be completed; (c) a statement as to whether other parties will be added or amended pleadings will be filed, and if so, a proposed deadline by which those steps will be taken; (d) a description of any discovery completed, and a schedule for any future discovery; (e) a list of contemplated motions, if any, along with proposed dates for the filing and hearing of such motions; (f) an estimate of the time likely to be required for trial, and a statement as to whether trial by jury is desired and has been properly requested; (g) a description of any settlement negotiations that have occurred, and a recommendation as to the form of settlement conference or other method of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3821-DOC (SP) | | Date | November 6, 2013 |
|---|---|---|---|---|
| Title | ROBERT GARCIA NANDIN v. UNITED STATES OF AMERICA | | | |

alternative dispute resolution that would be most appropriate given the nature of this case; and (h) any suggestions the parties may wish to make regarding the management of this action.