UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3821-DOC (SP) | Date | December 12, 2013 |
|---|---|---|---|
| Title | ROBERT GARCIA NANDIN v. UNITED STATES OF AMERICA | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**    (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute

Under the court's May 21, 2013 Case Management and Scheduling Order, each party, either individually or jointly, was required to file a status report no later than October 18, 2013.  Defendant filed a status report on October 21, 2013.  But plaintiff failed to file such a status report or otherwise communicate with the court.

Given plaintiff's failure to comply with the court's Case Management and Scheduling Order, on November 6, 2013, the court issued an Order to Show Cause Why Sanctions Should Not Be Imposed ("OSC re Sanctions").  In the OSC re Sanctions, the court ordered plaintiff to submit the ordered status report and to show cause why sanctions should not be imposed for failure to comply with the court's order by November 20, 2013.

The November 20, 2013 deadline to respond to the OSC re Sanctions and file the status report has passed.  Plaintiff has again failed to file a status report, and has submitted no response to the OSC re Sanctions.  Indeed, the court has received no communication from plaintiff whatsoever in almost a year.  Plaintiff's repeated failures to comply with the court's orders renders this action subject to dismissal for failure to comply with a court order and failure to prosecute.

Accordingly, within **fifteen (15)** days of the date of this second Order to Show Cause, that is, by **December 27, 2013**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  Plaintiff must also file his status report by **December 27, 2013**.  Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action.