# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA NANDIN, ) | Case No. CV 11-3821-DOC (SP) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: March 14, 2014

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE